```
LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE BARFIELD,<br><br>   Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendants. | Case No. C 06 1081 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**HON. SENIOR JUDGE SAMUEL CONTI** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 18, 2006

LEVIN SIMES KAISER & GORNICK LLP

_[signature]_

Emily Charley
Attorneys for Plaintiff

*IT IS SO ORDERED*
_[signature]_
Judge Samuel Conti

VOLUNTARY DISMISSAL                                                                 PAGE 1